IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JANET K. FLEMMINGS, ROY THOMAS DOSS,
BILLY RAY DOSS AND JAMES EVERETT DOSS,
BENEFICIARIES OF THE WRONGFUL DEATH
ESTATE OF ROY DOSS, DECEASED, ET AL.          PLAINTIFFS

V.                                    CIVIL ACTION NO. 1:05 CV180 P-B

BALDOR ELECTRIC CORPORATION, ET AL.           DEFENDANTS

## ORDER OF CONSOLIDATION

THIS CAUSE came on to be heard on the Motion to Consolidate for Purposes of Motion to Remand Only filed by Eaton Corporation, and the Court, having considered said motion and being fully advised in the premises, is of the opinion that same is well taken and should be sustained. It is therefore,

ORDERED AND ADJUDGED that this cause shall be consolidated with Civil Action Nos. 1:05cv181, 1:05cv182, 1:05cv183, and 1:05cv184 for the limited purpose of ruling on the Motions to Remand now pending in these causes of action.

SO ORDERED on this the 17th day of October, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

-1-

Submitted by:

Kay Hardage (MSB # 3061)
THE ALLRED LAW FIRM
1911 Dunbarton Drive (39216)
Post Office Box 3828
Jackson, Mississippi  39207
Telephone:  (601) 713-1414
Facsimile:  (601) 713-3259